

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  04/10/2024
```

GREGORY A. BLUE
Admitted in NY, NJ, CA

245 Main Street, Suite 230
White Plains, New York 10601
Tel: (914) 505-6654

Email: gblue@lcb-law.com
www.lcb-law.com



April 10, 2024

Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Blankenbaker v. Palella,* 1-24-CV-01603 (VEC)

Dear Judge Caproni:

      I represent Graham Blankenbaker, the Plaintiff in this action, and I am writing to request an adjournment of the Initial Pretrial Conference scheduled for May 10, 2024, at 10:00 a.m.

      The reason for the request is my son's out-of-town college graduation at 8:30 a.m. on that day. There have been no previous requests for an adjournment. While the Defendant has been served with the Summons and Complaint, he has not yet appeared in this action or contacted my firm in any way. Counsel that had been representing him prior to the initiation of this lawsuit has informed me that he will not be representing the Defendant in this action and has no information concerning what counsel, if any, may be appearing for the Defendant. Because the Defendant has not yet appeared, we respectfully request an adjournment to a Friday convenient for the Court on May 31, 2024, or thereafter.

      I thank the Court for its consideration of this request.

Respectfully submitted,

LACHTMAN COHEN & BELOWICH LLP

*Gregory A. Blue*

---

Application GRANTED. The initial pretrial conference is ADJOURNED to **Friday, May 31, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' pre-conference submissions are due **May 23, 2024**.

SO ORDERED.

*[signature]* 04/10/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE