```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/31/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GRAHAM BLANKENBAKER,                   :
                                       :
                            Plaintiff, :
                                       :
            -against-                  :     24-CV-1603 (VEC)
                                       :
SALVATORE PALELLA,                     :         ORDER
                                       :
                            Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 15, 2024, a Certificate of Default was entered in this matter, Dkt. 12, and on May 16, 2024, the Court ordered Defendant to show cause why default judgment should not be entered, Dkt. 17;

WHEREAS on May 30, 2024, Defendant entered a special appearance for the limited purpose of opposing an entry of default judgment, Dkt. 19; and

WHEREAS on May 31, 2024, the parties appeared before the Undersigned for a hearing on the order to show cause why default judgment should not be entered.

IT IS HEREBY ORDERED that the motion for default judgment is held in abeyance. Not later than **June 7, 2024**, Defendant must move to set aside the entry of default or file a notice stating that it has accepted or waived service. If the Defendant accepts service or waives service, the Court will set aside the default judgment.

IT IS FURTHER ORDERED that a conference in this matter will be held on **Friday, July 12, 2024, at 10 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Not later than **July 3, 2024**, the parties must submit a

joint status update.  If Defendant accepts service or waives service, his time to more or answer is stayed until **July 12, 2024**.

**SO ORDERED.**

| | |
|---|---|
| **Date:  May 31, 2024**<br>**New York, New York** | _____<br>**VALERIE CAPRONI**<br>**United States District Judge** |