UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GRAHAM BLANKENBAKER,                          :
                                              :
                              Plaintiff,      :
                                              :
              -against-                       :            24-CV-1603 (VEC)
                                              :
SALVATORE PALELLA,                            :            <u>ORDER</u>
                                              :
                              Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on September 27, 2024, the parties appeared before the Court for an Initial Pretrial Conference.

      IT IS HEREBY ORDERED that any motion to strike any of Defendants' affirmative defenses, as well as any motion to transfer venue, consolidate this action with another action, or stay this action, must be filed not later than **Friday, October 18, 2024**. Oppositions to such motions must be filed not later than **Friday, November 15, 2024**, and replies must be filed not later than **Friday, November 29, 2024**.

**SO ORDERED.**

Date:  **September 27, 2024**
        **New York, New York**

                                              _____
                                              **VALERIE CAPRONI**
                                              **United States District Judge**