UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
GRAHAM BLANKENBAKER,                                          :
                                                              :
                           Plaintiff,                         :
                                                              :
           -against-                                          :   24-CV-1603 (VEC)
                                                              :
SALVATORE PALELLA,                                            :   ORDER
                                                              :
                           Defendant.                         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 14, 2025, the Court issued an order for Plaintiff Graham Blankenbaker to show cause why an order should not be issued permitting Gregory A. Blue to withdraw as counsel and granting Lachtman Cohen & Belowich LLP a charging lien on the proceeds of any recovery by Plaintiff on his affirmative claims in this action in the amount of $20,584.02; and

WHEREAS on January 23, 2025, Mr. Blue appeared at the hearing to show cause, but Mr. Blankenbaker did not.

IT IS HEREBY ORDERED that this case is STAYED.

IT IS FURTHER ORDERED that the parties must appear for a status conference on **February 21, 2025, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  If Plaintiff retains new counsel and such counsel files a notice of appearance prior to the status conference, counsel may appear on Plaintiff's behalf; otherwise, Plaintiff must appear at the conference personally.  If Plaintiff fails to appear, the Court will issue an order to show cause why the case should not be dismissed.

IT IS FURTHER ORDERED that Mr. Blue must serve a copy of this Order upon Plaintiff by: (i) email; (ii) text message; and (iii) overnight delivery for receipt not later than **Monday, January 27, 2025**.

IT IS FURTHER ORDERED that not later than **Tuesday, January 28, 2025**, Mr. Blue must file proof of service on ECF, as well as a declaration indicating that he spoke with, or attempted to speak with, Plaintiff via telephone to discuss this Order. The Court will grant Mr. Blue's request to withdraw and his law firm's request for a charging lien after such filing.

**SO ORDERED.**

Date: January 23, 2025
New York, New York

**VALERIE CAPRONI**
**United States District Judge**