UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GRAHAM BLANKENBAKER,                          :
                                              :
                           Plaintiff,         :
                                              :          24-CV-1603 (VEC)
             -against-                        :
                                              :              ORDER
SALVATORE PALELLA,                            :
                                              :
                           Defendant.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court's January 23, 2025, Order (Dkt. 55) provided that Plaintiff's current counsel, Gregory A. Blue, "must file proof of service on ECF, as well as a declaration indicating that he spoke with, or attempted to speak with, Plaintiff via telephone to discuss this Order" and that "[t]he Court will grant Mr. Blue's request to withdraw and his law firm's request for a charging lien after such filing;" and

WHEREAS on January 27, 2025, Mr. Blue filed a Declaration of Service (Dkt. 56) indicating that he served the January 23, 2025, Order upon Plaintiff and attempted to speak with Plaintiff about the Order via telephone on three occasions.

IT IS HEREBY ORDERED that Mr. Blue's motion to withdraw as counsel and to grant Latchman Cohen & Belowich LLP a charging lien on the proceeds of any recovery by Plaintiff on Plaintiff's affirmative claims in this action in the amount of $20,584.02 (Dkt. 50) is GRANTED. The Clerk of the Court is respectfully directed to terminate Mr. Blue's appearance in this matter.

**SO ORDERED.**

Date:  January 28, 2025
New York, New York

**VALERIE CAPRONI**
**United States District Judge**