UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GRAHAM BLANKENBAKER,                   :
                                       :
                       Plaintiff,      :
                                       :        24-CV-1603 (VEC)
         -against-                     :
                                       :        ORDER
                                       :
SALVATORE PALELLA,                     :
                                       :
                       Defendant.      :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 21, 2025, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. *See* Dkt. 58; and

WHEREAS Plaintiff failed to respond to the February 21, 2025, Order.

IT IS HEREBY ORDERED that this case is DISMISSED for failure to prosecute. The Clerk of the Court is respectfully directed to terminate the open motions at Dkts. 34 and 37 and to close the case.

**SO ORDERED.**

Date: March 24, 2025
      New York, New York

                                           _____
                                           **VALERIE CAPRONI**
                                           **United States District Judge**